**Order entered November 17, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00776-CV

**BLUESTONE RESOURCES, INC., Appellant**

**V.**

**FIRST NATIONAL CAPITAL, LLC, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-18831**

### ORDER

Before the Court is appellant's November 4, 2020 motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **December 9, 2020**. We caution appellant that a further extension request will be disfavored.

/s/     BILL WHITEHILL
JUSTICE